IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 23–454 HSG |
|---|---|
| Plaintiff, | **ORDER TO CONTINUE STATUS** |
| v. | |
| DARENCE JORDAN, | |
| Defendant. | |

Based on the agreement of the parties in the stipulation above, and the information from United States Probation, the status hearing presently set for September 18, 2024, at 2:00 p.m., is vacated. This matter is reset to October 23, 2024, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   9/9/2024

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge