IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARENCE JORDAN,<br><br>　　　　　Defendant. | Case No.: 23–454 HSG<br><br>**ORDER TO CONTINUE STATUS** |

　　Based on the agreement of the parties in the stipulation above, and the information from United States Probation, the status hearing presently set for October 23, 2024, at 2:00 p.m., is vacated. This matter is reset to November 20, 2024, at 2:00 p.m.

　　IT IS SO ORDERED.

Dated:　10/22/2024

　　　　　　　　　　　　　　　　　　　　　　　THE HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge