JODI LINKER
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Cellular telephone:   (415) 517-4879
Email:           Joyce_Leavitt@fd.org


Counsel for Defendant JORDAN


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 23–00454 HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS RE: SUPERVISED RELEASE VIOLATIONS TO AUGUST 26, 2026 FOR STATUS** |
| v. | |
| DARENCE JORDAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action that the status hearing relating to the Petition for Summons for Person Under Supervision filed on October 23, 2025 (Form 12) for defendant Darence Jordan, currently scheduled for June 24, 2026, before the Honorable Haywood S. Gilliam, Jr., may be continued to Wednesday, August 26, 2026, at 2:00 p.m. for status. The reason for the request is that the most serious violation alleged in the Form 12 relates to new criminal conduct which is being litigated in a pending state case. Mr. Jordan's next court date in the state case will be on June 29, 2026, for motions and trial setting, and Mr. Jordan's state attorney indicated to Mr. Jordan his anticipation that the trial will occur in mid-August. The parties agree that the Form 12 should trail the state case. Should the matter still be pending prior to the next court date,

STIP & [PROPOSED] ORDER RE: CONT. STATUS TO 8/26/26
*JORDAN*, CR 23–00454 HSG

1

the parties may seek to continue the status to another date but will further update the Court should that be the case. United States Probation Officer Raul Cortez has been notified regarding the proposed continuance and has no objection. Officer Cortez may be available or will otherwise get coverage on August 26, 2026, should the Court continue the status appearance to that date.

IT IS SO STIPULATED.

Dated:       June 17, 2026

JODI LINKER
Federal Public Defender
Northern District of California

_____/S/_____
JOYCE LEAVITT
Assistant Federal Public Defender

Dated:       June 17, 2026

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____/S/_____
KENT STEJSKAL
Special Assistant United States Attorney

STIP & [PROPOSED] ORDER RE: CONT. STATUS TO 8/26/26
*JORDAN*, CR 23–00454 HSG

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARENCE JORDAN,<br><br>Defendant. | **Case No.:** CR 23–00454 HSG<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE STATUS RE: SUPERVISED RELEASE VIOLATIONS TO AUGUST 26, 2026 FOR STATUS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing relating to the Petition for Summons for Person Under Supervision filed on October 23, 2025 (Form 12) for defendant Darence Jordan, currently scheduled for June 24, 2026, before the Honorable Haywood S. Gilliam, Jr., is hereby continued to Wednesday, August 26, 2026, at 2:00 p.m. for status.

**IT IS SO ORDERED.**

Dated:     June 18, 2026

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

[~~PROPOSED~~] ORDER RE: CONT. STATUS TO 8/26/26
*JORDAN*, CR 23–00454 HSG

1